| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No.  10 B |

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle:<br>**Hutchinson, Ansella** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8)  years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-xxxx | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor:<br>9429 N. LeClaire St.<br>Skokie, Illinois  60077 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |

Location of Principal Assets of Business Debtor (if different from street address):

| **Type of Debtor** | **Type of Business** | **Chapter of Bankruptcy Code of Filing** | |
|---|---|---|---|
| X__   Individual | __ Health Care Business | X_  Chapter 7 | __ Chapter 15 Petition |
| ___   Corporation | __ Single Asset Real Estate as defined | __ Chapter 9 | for Recognition of |
| ___   Partnership | in 11 U.S.C. Section 101(51B) | __ Chapter 11 | Foreign Main Proceeding |
| ___   Other (if not one | __ Railroad | __ Chapter 12 | __ Chapter 15 Petition for |
| Of above entities, state | __ Stockbroker | __ Chapter 13 | Recognition of a Foreign |
| Type of entity below) | __ Commodity Broker | | Nonmain Proceeding |
| | __ Clearing Bank | **Nature of Debts** | |
| | __ Other | X__  Primarily Consumer __ Primarily business | |
| | **Tax-Exempt Entity** | Debts, defined in 11 USC | |
| | __ Debtor is a tax-exempt organization under Title 26 United States Code (the Internal Revenue Code). | 101(8) as "incurred by an individual primarily for a personal, family or house-hold purpose." | |

**Filing Fee**

_X_   Full filing fee attached

__   Filing fee to be paid in installments (individuals only).  Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.

__   Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**

__Debtor is a small business under 11 USC 101(51D).

__ Debtor is not a small business under 11 USC 101(51D).

__ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than  $2,190,000.

**Statistical / Administrative Information**

____    Debtor estimates that funds will be available for distribution to unsecured creditors.

X___    Debtor estimates that, after exempt property is excluded and administrative expenses
paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__   1 – 49        ____   50 – 99        ____   100 or more

**Estimated Assets**
_X_    $0 – $50,000       ____       $50,001 - $100,000 __ $100,001 or greater

**Estimated Debts**
_X_    $0 – $50,000       ____       $50,001 - $100,000 ___ $100,001 or greater

| | | |
|---|---|---|
| **VOLUNTARY PETITION**<br>**Hutchinson, Ansella** | Name of Debtor(s): | Page 2 |

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:            Case Number:            Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:            Case Number:            Date of Filing:
District:                      Relationship:           Judge:

| **Exhibit A** | **Exhibit B** (to be completed if debtor is an individual whose debts |
|---|---|
| (To be completed if Debtor is required | are primarily consumer debts) |
| To file periodic reports with the Securities | I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the |
| and Exchange Commission and requesting | foregoing Petition, declare that I have informed the Petitioner(s) that |
| relief under Chapter 11). | she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United |
| ___ Exhibit A attached. | States Code, and explained to her the relief available under each |
| | Chapter.  I certify that I have delivered to Debtor the notice required by |
| | Title 11 USC Section 342(b). |
| | _____/s/_Michael J. Greco_____   12/29/2009 |
| | Signature of Michael J. Greco, Attorney for Debtor(s)   Date |

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

                                                  _____
                                                  (Name of Landlord that obtained judgment)
                                                  (Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances  under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

**VOLUNTARY PETITION**        Name of Debtor(s):                        Page 3
**Hutchinson, Ansella**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ Ansella Hutchinson_____
Signature of Debtor Ansella Hutchinson



**Signature of Attorney***


Respectfully submitted,

By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   December 29, 2009


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  Ansella Hutchinson,  Debtor.**                          Case No.  1**0B**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

\_\_\_\_\_ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| FMCC 12110 Emmet Omaha, NE  68164 | W | 2004 Ford Sportstrack | $12,000.00 | $0.00 |
|  |  | TOTAL | $12,000.00 |  |

\_\_0\_\_ continuation sheets attached                          (Report also on Summary of Schedules)

**In re:  Ansella Hutchinson, Debtor.**                                    Case No. 1**0B**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

__  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__ Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__ Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__ Contributions to employee benefit plans.   11 U.S.C. Section 507(a)(4)
__ Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__ Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__ Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__ Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__ Commitments to maintain the capital of an insured depositary institution.  11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
| City of Chicago | | Parking tickets | | $400.00 | | |
| | | | TOTAL | $400.00 | | |

__0__ continuation sheets attached                                  (Report also on Summary of Schedules)

**In re:  Ansella Hutchinson, Debtor.**                                Case No.  10 B

## SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct. No. 455952220050<br>Chase Bank<br>PO Box 15153<br>Wilmington, DE  19886-5153 | | Revolving charge | | $5,427.00 |
| Acct. No. 4376983071620<br>Macy's DSNB<br>911 Duke Blvd.<br>Mason, OH  45040 | | Revolving charge | | $2,108.00 |
| Acct. No. 4376983071620<br>BLOOMDSNB<br>911 Duke Blvd.<br>Mason, OH  45040 | | Revolving charge | | $1,433.00 |
| Acct. No. 6071305044341628<br>Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117 | | Revolving charge | | $2,313.00 |
| Acct. No. 79450119001015043<br>Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117 | | Revolving charge | | $1,419.00 |
| Acct. No. 6978000071373935<br>Lane Bryant<br>PO Box 182121<br>Columbus, OH  43218-2121 | | Revolving charge | | $592.00 |
| Acct. No. 5049948005448<br>Sears / CBSD<br>133200 Smith Rd.<br>Cleveland, OH  44130 | | Revolving charge | | $559.00 |
| Acct. No. 5856371023949455<br>Dress Barn<br>PO Box 182273<br>Columbus, OH  43218-2273 | | Revolving charge | | $333.00 |

__0__  continuation sheets attached            Page 1 total            $14,184.00

| | | |
|---|---|---|
| Acct. No. 0945089260<br>GEMB / L & T<br>424 Fifth Ave.<br>New York, NY  10018 | Revolving charge | $152.00 |
| Acct. No. 77329615865511930<br>WFNNB / VS<br>PO Box 182128<br>Columbus, OH  43218-2128 | Revolving charge | $520.00 |
| Acct. No. 710016<br>Nicor Gas<br>1844 Ferry Rd.<br>Naperville, IL  60563 | Utility Servive | $25.00 |
| Acct. No. 90778422907784227<br>WFNNB / EXP<br>220 W. Schrock Rd.<br>Westerville, OH  43081 | Revolving charge | $771.00 |
| Acct. No. 517805221497<br>CapitalOne Credit Card<br>PO Box 85015<br>Richmond, VA 23285-5075 | Revolving charge | $2,595.00 |
| Acct. No. 21706<br>Nordstrom Credit Card<br>1617 Sixth Ave.<br>Suite 500<br>Seattle, WA  98101 | Revolving charge | $1,134.00 |
| Acct. No. 9901461573<br>Harris Bank<br>111 W. Monroe<br>Chicago, IL  60690 | Revolving charge | $7,003.00 |
| Acct. No. 601859622565<br>GEMB / OLDN<br>3100 THORNTON AVE<br>BURBANK CA 91504 | Revolving charge | $636.00 |
| Acct. No. 771410017054<br>GEMB / Sam's Club<br>3100 THORNTON AVE<br>BURBANK CA 91504 | Revolving charge | $1,003.00 |
| Acct. No. 148438<br>GEMB / JCP<br>3100 THORNTON AVE<br>BURBANK CA 91504 | Revolving charge | $1,003.00 |
| | Page 2 total | $14,842.00 |

**TOTAL**                                                                     **$29,026.00**

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  Ansella Hutchinson,  Debtor.**                                            Case No.  1**0B**

**SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

\_\_\_\_\_  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|
| Lydia Kong | Residential dwelling lease |

**In re:  Ansella Hutchinson,  Debtor.**                                    Case No.  1**0B**

## SCHEDULE H – CO-DEBTORS

\_\_\_X\_\_\_  Check this box if debtor has no co-debtors to report on this Schedule H.

Name and Mailing Address of Codebtor                    Name and Mailing Address of Creditor

**In re: Ansella Hutchinson, Debtor.**                              Case No. 10B

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eight sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:      12/29/2009

        Signature (electronic):_____/S/_____
        **Ansella Hutchinson, Debtor.**